# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER GAKUBA, | : | Civil No. 1:26-CV-00719 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DAVID W. SUNDAY, JR., *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 21st day of April 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the Northern District of Illinois.

2. The Clerk of Court will **CLOSE** the case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania